DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSIAS MANZANILLO,**
Appellant,

v.

**JACQUELYN MANZANILLO,**
Appellee.

No. 4D17-2066

[April 19, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. 2004-017386 FMCE 42/90.

Andrew S. Berman of Young, Berman, Karpf & Gonzalez, P.A., Miami, for appellant.

Marc Anthony Douthit, Miami Lakes, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***